IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO FUENTES-SANCHEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 317-036 |
| | ) | |
| WARDEN VANCE LAUGHLIN, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On March 6, 2017, Petitioner filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 in the Northern District of Georgia. (Doc. no. 1.) On April 5, 2017, U.S. Magistrate Judge Alan J. Baverman directed Petitioner to, within thirty days, either pay the $5.00 filing fee or seek leave to proceed *in forma pauperis* by submitting a financial affidavit and a certified copy of his prison account statement. (Doc. no. 2.) After Petitioner provided a financial affidavit but did not provide a copy of his prison account statement, Judge Baverman provided Petitioner with another twenty days to either submit the account statement, or pay the $5.00 filing fee. (Doc. no. 4.) Petitioner did not comply, and on June 19, 2017, Judge Baverman transferred the case to this Court because Petitioner was transferred to Wheeler Correctional Facility in Alamo, Georgia. (Doc. no. 5.)

In order to properly commence a § 2241 action in this Court, Petitioner must either pay a $5.00 filing fee or move to proceed IFP. Loc. R. 4.1 (providing that commencement of a civil action requires, among other things, payment of the appropriate filing fee or

submission of an IFP motion); see also 28 U.S.C. § 1914(a) (providing that the filing fee for a habeas corpus action is $5.00).  Therefore, the Court **DIRECTS** Petitioner, **within twenty-one days of the date of this Order**, to either pay the $5.00 filing fee or submit an IFP motion.[1]  If Petitioner fails to comply with this Order, the Court will recommend this case be dismissed without prejudice.

SO ORDERED this 23rd day of June, 2017, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to attach a copy of the appropriate IFP paperwork to Petitioner's service copy of this Order.